931 A.2d 626

**MALT BEVERAGES DISTRIBUTORS ASSOCIATION**

v.

**PENNSYLVANIA LIQUOR CONTROL BOARD**

**Petition of Ohio Springs, Inc., Intervenor.**

Supreme Court of Pennsylvania.

Aug. 21, 2007.

***ORDER***

PER CURIAM

**AND NOW,** this 21st day of August 2007, the Petition for Allowance of Appeal is **GRANTED.** The issue, as rephrased for clarity is:

Whether the Commonwealth Court erred in holding that, under the definition of "retail dispenser" in Section 102 of the Liquor Code, 47 P.S. § 1–102, an eating place malt beverage licensee must sell malt or brewed beverages for on-premises consumption in order to sell malt or brewed beverages for take-out?

The Prothonotary is directed to list this matter for oral argument at the same session as No. 180 MAL 2007.